# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**SCOTT WOYTASIK,**

        Plaintiff,

  vs.                                                                  Case No. 06-C-435

**GLENN DANIELS CORPORATION,**

        Defendant.

## DEFAULT JUDGMENT

Based upon the Plaintiff's Request for Entry of Default Judgment, defendant Glenn Daniels Corporation having failed to appear in this action, the time for appearance having expired, and the defendant's default having been entered on August 15, 2006, it is hereby Ordered and Adjudged that:

1. Defendant shall pay statutory damages to Plaintiff in the amount of $1,000.00;

2. Plaintiff's motion for attorney's fees and costs is GRANTED. Defendant shall pay the plaintiff's attorney's fees and costs in the amount of $3,052.00.

3. Judgment is hereby entered in the total sum of $4,052.00.

4. This action is hereby dismissed.

| February 2, 2007 | **JON W. SANFILIPPO** |
|---|---|
| Date | Clerk of Court |

 s/ Linda M. Zik
(By) Deputy Clerk

*Approved as to Form:*

*s/ Rudolph T. Randa*
*HON. RUDOLPH T. RANDA*
*Chief Judge*

*s/ February 2, 2007*
*Date*